HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ROBERTO O. COVARRUBIAS-YANEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERTO O. COVARRUBIAS-YANEZ<br><br>Defendant. | Case No.  6:18-po-00541 JDP<br><br>**STIPULATION TO VACATE HEARING, RECALL WARRANT, AND SET INITIAL APPEARANCE FOR CITATION 6807959 CA-76** |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Roberto O. Covarrubias-Yanez, hereby stipulate and jointly move this court to vacate the hearing scheduled for November 18, 2020, and to recall all warrants and abstracts stemming from citation 6807959.

On November 27, 2018, Mr. Covarrubias-Yanez was scheduled to appear before the court on citation 6807959.  However, his daughter has suffered ongoing psychiatric difficulties which have seriously impacted his family for many years, and he was unable to appear.  Mr. Covarrubias-Yanez recently contacted the office of the Federal Defender in an effort to resolve his case. See, Declaration of Benjamin Gerson.  The case was placed on the calendar of the Honorable Helena Barch-Kuchta on November 18, 2020 for a warrant recall.  At the court's request, the parties now file the instant stipulation to vacate that hearing and recall the associated warrants and abstracts.

Mr. Covarrubias-Yanez regrets the delay and now moves the court to restore this case to the calendar on December 16, 2020, or, in the alternative, at the court's earliest convenience, for an initial appearance. The government does not object.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated:  November 17, 2020

*/s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  November 17, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
ROBERTO O. COVARRUBIAS-YANEZ

O R D E R

Good cause appearing, the hearing scheduled for November 18, 2020 in *United States v. Covarrubias-Yanez,* case no. 6:18-po-00541-JDP, is vacated. All warrants and abstracts in case no. 6:18-po-00541-JDP are recalled, and the case is restored to the calendar on December 16, 2020 at10:00 A.M. for an initial appearance.

IT IS SO ORDERED.

Dated:   November 18, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE