```
1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Branch Chief, Fresno Office
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
```

6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 6:18-PO-00541 JDP |
|                              ) | |
| *Plaintiff,*                 ) | **APPLICATION AND** |
|                              ) | **ORDER APPOINTING COUNSEL** |
| vs.                          ) | |
|                              ) | |
| ROBERTO O COVARRUBIASYANEZ,  ) | |
|                              ) | |
| *Defendant,*                 ) | |

Defendant Roberto O Covarrubias Yanez, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On July 7, 2018 Mr. Yanez was cited for speeding, operating without an ignition interlock device, and driving with a suspended license on citations 6807959, 6807971, and 6807968. Each offense carries a maximum sentence of 6 months in custody, or a $5000 fine, or both. Mr. Yanez initial appearance is scheduled to appear on December 16, 2020, warrants for prior non-appearance having been recalled. See, ECF #21.

Mr. Yanez submits the attached *Financial Affidavit* as evidence of his inability to retain counsel. In addition, it has come to the attention of the Federal Defender's office that Mr. Covarrubias-Yanez case raises jurisdictional questions he intends to litigate.  It is therefore in the interests of justice that counsel be appointed to assist Mr. Covarrubias-Yanez.  Therefore, after

reviewing the attached Financial Affidavit, and considering the legal issues presented in this case, it is respectfully recommended that Assistant Federal Defender Benjamin Asa Gerson be promptly appointed pursuant to 18 U.S.C. § 3006A.

DATED:  November 18, 2020         */s/ Eric V Kersten*____
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Branch Chief, Fresno Office

**O R D E R**

Upon the Application for Appointment of Counsel and financial affidavit completed on behalf of defendant Roberto O Covarrubias Yanez, in the interests of justice the Court appoints Assistant Federal Defender Benjamin Asa Gerson pursuant to 18 U.S.C. § 3006A for defendant in *United States v. Covarrubias Yanez*, case no. 6:18-PO-00541 JDP.

IT IS SO ORDERED.

Dated:   November 20, 2020                                       _____
                                                                                         HELENA M. BARCH-KUCHTA
                                                                                        UNITED STATES MAGISTRATE JUDGE