1 | Sean O. Anderson
2 | Acting Legal Officer
  | NATIONAL PARK SERVICE
3 | Legal Office
  | P.O. Box 517
4 | Yosemite, California  95389
  | Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Docket Number  6:18-po-00541-HBK |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS VIOLATION NUMBER 6807971; AND ORDER THEREON** |
| ROBERTO O. COVARRUBIASYANEZ, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of violation number 6807971, in the matter of case *6:18-po-00541-HBK*, without prejudice and in the interest of justice.

                                              Respectfully submitted,

                                              McGREGOR SCOTT
                                              United States Attorney

Dated:  December 28, 2020        */S/ Sean O. Anderson*
                                              SEAN O. ANDERSON
                                              Legal Officer
                                              Yosemite National Park

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48 and filed on December 28, 2020 (Doc. No. 26), violation number 6807971 in the matter of *United States v. Covarrubias-Yanez*, case no. 6:18-po-00541-HBK, is hereby dismissed without prejudice, in the interest of justice. The United States shall file a response to defendant's Motion to Dismiss (Doc. No. 22) as regards only violation number 6807968 within fourteen (14) days of the date of this Order.

IT IS SO ORDERED.

Dated:   December 28, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2