1  Sean O. Anderson
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
   Yosemite, California  95389
4  Telephone:  (209) 213-8743

5

6

7                   UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              No.  6:18-po-00541-HBK

11                 Plaintiff,

12        v.                               MOTION TO REQUEST FILING
                                           EXTENSION FOR REPLY TO DEFENSE
13  ROBERTO COVARRUBIAS-YANEZ              MOTION TO DISMISS; AND ORDER
                                           THEREON
14                 Defendant.

15

16        The United States hereby moves and respectfully requests a 10 day extension, for the

17  Government to reply to Defense Motion to Dismiss (Docket No. 22), in the matter of case

18  *6:18-po-00541-HBK.* Defense does not oppose this request.

19

20                                         Respectfully submitted,

21

22                                         McGREGOR SCOTT
                                           United States Attorney
23

24        Dated:  January 13, 2021           */S/ Sean O. Anderson*
                                           SEAN O. ANDERSON
25                                         Legal Officer
                                           Yosemite National Park
26

27

28

                                    1

1

ORDER

2

3
      The United States' unopposed motion for extension of time filed January 13, 2021 (Doc.

4
No. 28) is GRANTED and the reply to Defendant's Motion to Dismiss (Doc. No. 22) shall be

5
filed no later than January 25, 2021, in the matter of Case *United States v. Covarrubias-Yanez,*

6
case no. 6:18-po-00541-HBK.

7

8
IT IS SO ORDERED.

9

10
Dated:   January 14, 2021

HELENA M. BARCH-KUCHTA
11
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28